UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMA KEOMIE STRAWTHER,<br><br>Petitioner,<br><br>v.<br><br>D. BAUGHMAN,<br><br>Respondent. | No. 2:18-cv-2755 CKD P<br><br><br><br>ORDER |

On April 1, 2019, the court granted petitioner leave to amend his petition for writ of habeas corpus by omitting claim 2. Instead of filing an amended petition, petitioner requests that the court amend his petition for him. However, the court is not permitted to do this as Rule 11 of the Federal Rules of Civil Procedure requires that every pleading be signed by the submitting party.

Good cause appearing, IT IS HERBY ORDERED that:

1. Petitioner is granted 30 days within which to amend his petition for writ of habeas corpus by omitting claim 2.

2. Petitioner's failure to comply with this order will result in a recommendation that his habeas petition be dismissed and this case be closed.

/////

/////

1

3. The Clerk of the Court is directed to send petitioner the court's form-application for a writ of habeas corpus filed by California prisoners.

Dated: May 10, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stra2755.lta