UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMA KEOMIE STRAWTHER,<br><br>Petitioner,<br><br>v.<br><br>D. BAUGHMAN,<br><br>Respondent. | No. 2:18-cv-2755 CKD P<br><br><br><br>ORDER |

Petitioner has filed an amended petition for a writ of habeas corpus and asks that it be stayed pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002) until state court remedies have been exhausted as to an additional claim. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for a stay (ECF No. 11) is granted;

2. The Clerk of the Court is directed to administratively close this case; and

3. Within 30 days of exhaustion of state court remedies, petitioner shall file a second amended petition for writ of habeas corpus with a motion for leave to amend, or provide notice to the court that petitioner wishes to proceed on his first amended petition. Petitioner is informed that the court makes no representation as to whether any claim is timely under the applicable statute of

/////

/////

/////

1

limitations, 28 U.S.C. § 2244(d). Issues concerning the statute of limitations will not be addressed unless raised by respondent.

Dated: June 24, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stra2755.sty